BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Osvaldo Elioso Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OSVALDO ELIOSO TORRES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.   CR 09-0784 SI <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    The parties are scheduled to appear before this Court on October 9, 2009 at 11:00 a.m. for status or change of plea.  The defense requests additional time to investigate one outstanding legal issue.  Counsel would ordinarily be requesting a one week continuance, but she is unavailable due to a conflicting court date in Oakland and a professional meeting on October 16 and 23, respectively, and thus requests that the matter be continued to October 30, 2009.  The government has no objection to this request.

    The parties also agree that the time between October 9, 2009 and October 30, 2009 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIP. & ORDER
CR 09-0784 SI                                              - 1 -

1  justice served by granting such a continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3  SO STIPULATED:
4          JOSEPH P. RUSSONIELLO
        United States Attorney
5
6
7  DATED: October 8, 2009              /s/
        KEVIN BARRY
        Assistant United States Attorney
8
9  DATED: October 8, 2009              /s/
10         SHAWN HALBERT
        Assistant Federal Public Defender
11
12     For the reasons stated above, the Court finds that the continuance of time for the next hearing
13  before this court from October 9, 2009 to October 30, 2009 is warranted because the failure to grant
14  the requested continuance would deny the parties effective preparation of counsel; thus, the ends of
15  justice served by the continuance outweigh the best interests of the public and the defendant in a
16  speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).
17
18  SO ORDERED.
19
20  DATED:  _____        _____
        THE HONORABLE SUSAN ILLSTON
21         United States District Court

STIP. & ORDER
CR 09-0784 SI         - 2 -