BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Osvaldo Elioso Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR 09-0784 SI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| OSVALDO ELIOSO TORRES, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before this Court for sentencing on March 26, 2010.  Due to the workload of the probation officer assigned to the case, Mr. Elioso Torres has not yet been interviewed.  So that Mr. Elioso Torres may be interviewed prior to the preparation of a draft presentence investigation report, the defense requests that the sentencing be continued to May 21, 2010 or some other date convenient to the Court.  In light of the above, the government has no

/ / /

/ / /

/ / /

/ / /

STIP. & ORDER CONT. SENT. DATE
CR 09-0784 SI                                          - 1 -

1  objection to the request.

2  SO STIPULATED:

3                                           JOSEPH P. RUSSONIELLO
                                         United States Attorney

5

6  DATED: March 18, 2010                    /s/
                                         KEVIN BARRY
                                         Assistant United States Attorney

8

9  DATED: March 18, 2010                    /s/
                                         SHAWN HALBERT
                                         Assistant Federal Public Defender

11                                               ORDER

12      For the reasons stated above, the Court hereby continues the sentencing hearing from March 26,

13  2010, to May 21, 2010.

15  SO ORDERED.

17  DATED:_____                _____
                                         THE HONORABLE SUSAN ILLSTON
                                         United States District Court

STIP. & ORDER CONT. SENT. DATE
CR 09-0784 SI                                   - 2 -